1 | DOYLE LOWTHER LLP
2 | WILLIAM J. DOYLE II (SBN 188069)
    | bill@doylelowther.com
3 | JOHN A. LOWTHER (SBN 207000)
    | john@doylelowther.com
4 | 9466 Black Mountain Road, Suite 210
    | San Diego, CA 92126
5 | Tel:    (619) 573-1700
    | Fax:   (619) 573-1701
6 |
7 | Attorneys for Plaintiffs Gudac and Beiles
8 | [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALERIE GUDAC AND RICHARD BEILES, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:10-cv-04793-EMC |
|---|---|
| Plaintiffs, | CLASS ACTION |
| vs. | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| ZYNGA GAME NETWORK, INC., | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of the case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  October 27, 2010

DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (SBN 188069)
bill@doylelowther.com
JOHN A. LOWTHER (SBN 207000)
john@doylelowther.com

_____
WILLIAM J. DOYLE II

9466 Black Mountain Road, Suite 210
San Diego, CA  92126
Tel:    (619) 573-1700
Fax:    (619) 573-1701

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (SBN 144785)
gregorek@whafh.com
BETSY C. MANIFOLD (SBN 182450)
manifold@whafh.com
RACHELE R. RICKERT (SBN 190634)
rickert@whafh.com
PATRICK H. MORAN (SBN 270881)
moran@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Tel:    (619) 239-4599
Fax:    (619) 234-4599

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
ADAM J. LEVITT (*Pro Hac Vice* application forthcoming)
levitt@whafh.com
EDMUND S. ARONOWITZ (*Pro Hac Vice* application forthcoming)

DECLINATION TO PROCEED BEFORE A MAGISTRATE AND REQUEST FOR REASSIGNMENT

1
2
3
4
5
6
7
8
9
10

aronowitz@whafh.com
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Tel:   (312) 984-0000
Fax:   (312) 984-0001

THE CONSUMER LAW GROUP
ALAN M. MANSFIELD (SBN 125998)
alan@clgca.com
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel:   (619) 308-5034
Fax:   (888) 341-5048

*Attorneys for Plaintiffs Gudac and Beiles*

DECLINATION TO PROCEED BEFORE A MAGISTRATE AND REQUEST FOR REASSIGNMENT